# United States District Court
## Southern District of Georgia

JACARE WARE,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV323-28

JIMMY KELLOM, KAREN THOMAS, BONITA JONES, MOE,

Defendants,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court entered on June 9, 2023, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of this Court. Therefore, the Court dismisses Plaintiff's complaint without prejudice and closes this civil action.



| June 9, 2023 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |
|  | (By) Deputy Clerk |